■ HARRY MEYERSON, as a Stockholder of RATHBUN & BIRD CO., INC., Suing in Behalf of Himself and for the Benefit of Said Corporation, Respondent,

v. RATHBUN & BIRD CO., INC., et al., Appellants.— Order, entered on February 18, 1964, denying motions by the several defendants to vacate plaintiff's notice of examination before trial, unanimously affirmed, with $20 costs and disbursements to respondent. (See *Nomako* v. *Ashton*, 20 A D 2d 331.) Settle order on notice fixing date for examination to proceed. Concur — Breitel, J. P., McNally, Eager, Steuer and Staley, JJ.